

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KESLICK AND SON MODERN ARBORICULTURE | : | CIVIL ACTION |
| JOHN A. KESLICK, JR. | : | NO. 15-6217 |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| USDA FOREST SERVICE | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 30th day of November, 2015, upon consideration of Plaintiff John A. Keslick Jr.'s application to proceed *in forma pauperis* and his *pro se* complaint, it is hereby **ORDERED** that:

1. Keslick's application to proceed *in forma pauperis* is **GRANTED.**

2. For the reasons set forth in the memorandum opinion, the complaint is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

NITZA I. QUIÑONES ALEJANDRO, J.

ENTERED
NOV 24 2015
CLERK OF COURT